# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 20, 2023

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303


Re: Marilyn Williams
v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.
No. 23-267
(Your No. 21-10306)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 15, 2023 and placed on the docket September 20, 2023 as No. 23-267.


Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst